UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KAMAL S. SINNAWI,

    Defendant.
_____/

Case: 2:19-mj-30496
Assigned To : Unassigned
Assign. Date : 9/18/2019
USA V SINNAWI (REM)(CMC)

## GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an amended order transferring defendant Kamal S. Sinnawi to answer to charges pending in another federal district, and states:

1. On or about September 18, 2019, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the District of North Dakota based on an Indictment. Defendant is charged in that district with Conspiracy to distribute & possess w/intent to distribute Oxycodone; Possession w/intent to distribute Oxycodone; Aiding + Abetting, and forfeiture.

1

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

Matthew Schneider
United States Attorney

Hank Moon
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
Hank.moon@usdoj.gov
(313) 226-0220

Date: 9.18.19